IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL D. SIMPSON,

      CASE NO. 2:19-CV-70

   Petitioner,      CHIEF JUDGE ALGENON L. MARBLEY
      Magistrate Judge Chelsey M. Vascura

   v.

TIM BUCHANAN, WARDEN,

   Respondent.

## ORDER

On October 1, 2019, the Magistrate Judge issued a Report and Recommendation recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. (ECF No. 15.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 15) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

   **IT IS SO ORDERED**.

        s/Algenon L. Marbley
        **ALGENON L. MARBLEY**
        **United States Chief District Judge**

**DATED: November 14, 2019**